Name: TANIA MARIA DE OLIVEIRA CORDEIRO
Address: 13827 McCLURE AVE #12
PARAMOUNT, CA. 90723
Phone: 424.366.5813

Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TANIA MARIA DE OLIVEIRA CORDEIRO,

PLAINTIFF,

vs.

PRESIDENT DONALD J. TRUMP

DEFENDANT(S).

Case No.: CV18-1588-DDP (AGRx)
(To be supplied by the Clerk)

COMPLAINT FOR:
TITLE 18 USC SECTION 242 - DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____

## II. VENUE

2. Venue is proper pursuant to _____

_____

_____

_____

## III. PARTIES

3. Plaintiff's name is  TANIA MARIA DE OLIVEIRA CORDEIRO . Plaintiff resides at: 13827 MCCLURE AVE #12 PARAMOUNT, CA. 90723

4. Defendant PRESIDENT DONALD J. TRUMP 1600 PENNSYLVANIA AVE N.W. WASHINGTON, DC 20500

5. Defendant _____

Tania Maria de Oliveira Cordeiro
13827 McClure Ave # 12
Paramount, CA. 90723
Phone: (424)366-5813
In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TANIA MARIA DE OLIEIRA CORDEIRO, | Case No.: |
|---|---|
| Plaintiff, | |
| vs. | STATEMENT OF FACTS |
| President Donald J. Trump | |
| Defendant | |

While I was a minor in Portugal, Azores, Terceira, I walked into an investigation being conducted by a Federal Bureau of Investigation, Special Agent named Judith Gellman. Gellman said I could stay, I decided to leave. I thought her investigation was private. I saw Gellman in Terceira several times with someone I could hear but could not see. At that time, I was not aware that the suspect Gellman spoke with was J. Edgar Hoover.

Some conversations I heard Gellman talking to J. Edgar Hoover regarded that he had the right to live hidden by the United States of Americas' Presidential order. Due to the fear of Nazis, J. Edgar Hoover created his own death, The President then was Mr. George Bush. J. Edgar Hoover cloned his body, cut it into pieces and put them inside a coffin. At the time he did so, cloning was not 100% as accurate as it is today. J. Edgar Hoover mentioned to Gellman that she could verify such order by communicating with the "Main Guy". A reference used to mention the President of the United States of America.

STATEMENT OF FACTS - 1

Another time I saw Gellman in Terceira she replied to a question with the comment "it was an honor". Gellman had made a phone call to then President of the United States of America. I asked if "the phone call was faked?" J. Edgar Hoover then mentioned that she could meet the President face to face. He asked if she had done so? She replied, "it's an honor". Gellman never meet then President Bush face to face to concur that the phone call had been faked. He then proceeded to state that such Presidents' life or other Presidents lives in other countries could be in danger. He also threatened nuclear trash nearby our Archipelago. Gellman never made an arrest for such threats. In late 2009/2010 nuclear trash erupted near our Archipelago. Many years later, J. Edgar Hoover confessed verbally to having done that.

He threatened other Presidents lives in other countries and also the lives of former President Mr. Obama and President Trump. In January of 2017, me, my family and neighborhood destroyed destroyed around 492 + computers that have the capacity to be placed inside human beings through the means of Internet connection. Had we not done so then J. Edgar Hoover could have carried out the threat he made to Gellman so long ago.

Another time we meet at my island J. Edgar Hoover mentioned the scar I have on my arm and how "it comes out of people". I didn't realize that they were talking about computers that can be placed inside human beings by Internet connection. I didn't realize it then however, these computers come out of people. Gellman asked why his face had changed so much. He looked like the zodiac killer. He was the zodiac killer. The computers they were talking about are only allowed inside of people who had their Government Authorities to carry them in themselves. It usually takes and entire team, that does not have any inside of them, to

STATEMENT OF FACTS - 2

take care of one human being that does. Such computers are used to monitor while investigations are being conducted all over the World. They are dangerous because such computers could be hacked (interfered with) and people may die in awful ways, or be tortured by them.

Sometimes J. Edgar Hoover spoke in non-patterned sequences and in other ways other than by words. Gellman advised J. Edgar Hoover to leave us alone. J. Edgar Hoover did not comply. He returned to my island, and had Gellman returned also. At that time she could have brought up charges against him for having disobeyed her and not leaving us alone. Gellman neglected to press charges for an opportunity to continue investigating the death of former President John Fitzgerald Kennedy. I could not comprehend why I had to be present. I was under the impression that J. Edgar Hoover had been a bad soldier who was trying to turn himself in to authorities due to breaking the law, somewhere in the World. Considering how the U. S. American Air Force Base is neutral ground I thought that the (soldier) could get special privileges there. The U. S. American Air Force base is a lease. We used to have family and friends that worked in it, when the U. S. Government allowed such. J. Edgar Hoover also made comments that he liked confessing in our island because of a religious practice called (Bodo de Leite). Through the means of ceremonial prayer, processions, and donations to the Apostolic Roman Catholic Church and the community, we request a Priest to bless loafs of table bread. A piece of blessed bread is cut and set aside a piece that has not been blessed. In a 2 – 4 months period of time, it becomes noticeable that the blessed piece does not spoil (disintegrate) as much as the unblessed piece of bread.

While J. Edgar Hoover spied on me and others in U. S. of America, he heard me state to a child who was concerned with descendants in his family tree. Such child wanted to know if God had

STATEMENT OF FACTS - 3

forgiven the Russians and others for the Nazi war. We were getting educated on such events mostly by his father. I stated that "the Astronomical hand of God could fall on Russia and no Russian would die." When his father got home he added "on impact". We were also studying science, and we know that the Bible says that "God Is Science". Weeks went by and we further studied the consequences of such asteroids hitting Earth. One time I protested and while I heard them state that "children could die", I lifted my hand and stated, "oh my goodness", they replied at the same time, "or they could get hurt". Anytime we were studying major catastrophes in science they would always ask for less death in case the event were to happen. It did. In 2013 Asteroids hit Russia massively. J. Edgar Hoover broke into such persons' house. He is an Executive Producer, and made a few movies. J. Edgar Hoover got into his home personal safe. Gellman was the special agent that handled such incident. Once again she neglected to bring about charges against J. Edgar Hoover then. Judith Gellman should have other employees from the F.B.I., that worked with her on these investigations.

In 2009 I began attending college at DeVry University in Long Beach, CA. There I saw Judith Gellman with her new title of Federal Bureau of Investigations Human Resources Recruiter. In late 2009 I recall her making a comment that she "remembers", when J. Edgar Hoover made himself known to her and her new team at school campus. Because stalking and impersonating a Federal Official is a crime, I decided to communicate with a F.B.I. agent. I spoke to Judith Gellman. She informed me that it "was not her department." I proceeded to write letters, sent a computer, USB external drives to departments of, Federal Bureau of Investigations, I.T. Crime Lab in Monterey California, the Central Intelligence Agency, the Department of Defense and former President of the U.S. of America Mr. Barack Obama. I also verbalized that I would also

STATEMENT OF FACTS - 4

accept help from former First Lady of the U.S. of America Mrs. Michelle Obama. J. Edgar Hoover had been in custody since late 2009. I asked for help in late 2010, former First Lady Mrs. Obama showed up in 2012, with former President Mr. Obama. In order to achieve acquiring information form J. Edgar Hoover special agents would allow him to get whatever he wanted. So me, my family, my neighborhood, were tortured, neglected and betrayed while the former First family were neglected and betrayed. Had I not written letters to former President Mr. Obama, the Special Agents would never made this investigation known to him.

They neglected to tell former President of the United States of America Mr. Obama, that J. Edgar Hoover created HIV/AIDS in time to have him make decisions that would benefits us and the United States of America and her people. In May 2011, former President Mr. Obama broadcast a live television interview that stated he had order the assassination of Bin Laden through a C.I.A agent. That evening I was at the launder mat, and former President Obama said, "I don't want you talking with that man", on live television. Somehow that Special Agents allowed for computer generated images to be added to that live feed. Then they neglected to inform former President Obama that they had a suspect that interfered between the U. S. American Government employees and Bin Ladens' phone call. I asked that evening if J. Edgar Hoover had anything to do with such phone call? To deviate the Special Agents from such question, he started confessing about how lunar dust created HIV/AIDS when it had already been mentioned before. They were trying to get the truth. If the Special agents wanted to get the truth about HIV/AIDS, they should have informed the President and advised him to get a team that could have injected lunar dust on a monkey such as those found in Kenya. Instead, they neglected to due diligence in this investigation. This is just an example amongst many.

STATEMENT OF FACTS - 5

Since fall of 2009, we were trying to get a confession for Princesses Dianas' death. I advised that the Government agents involved should, take J. Edgar Hoover to Tercerira, Azores at the American Air Force Base, so that Prince Harry and possibly Prince William could go by with their military personnel, and beat a confession out of that J. Edgar Hoover I also advised that an American Government personnel could have beaten that J. Edgar Hoover here for confessions, while he was confined instead of being out in our neighborhood. Instead J. Edgar Hoover thought this was going to happen and confessed. After such confession he made comments to the the U. S. Government Special Agents that, Prince Harry should show his bottom in exchange of a confession. Later we see in the American news, Prince Harris bottom, and on my parents' television he was a bit more exposed. I witnessed a verbal confession that J. Edgar Hoover had gotten into the Government database and was the cause for the Snowden incident. I witnessed a verbal confession that the Russian hackers had been in America throughout this investigation. J. Edgar Hoover stated that he had been in the U.S. American Government data base. I verbalized my thoughts, that he could have gotten the Russian hackers style of coding. J. Edgar Hoover made comments that he used such code to hack the Trump vs. Clinton election. I also verbalized that he could of used such code to hack the Kremlin. I advised the U.S. Government agents to tell President Obama. J. Edgar Hoover verbally confessed. The Special Agents never advised former President Mr. Obama that he should not immediately accuse the Russian Government nor President Putin of wrong doing. I advised the U.S. Government agents to inform President Obama that he had a suspicion, that those hackers and their code were involved. Because we did not know if President Putin was also looking for them to imprison the hackers for interrogation. The U.S. Government could of only accused the Russian Government if they were harboring the Russian hackers. The U.S. could have gotten

STATEMENT OF FACTS - 6

into a war with Russia, had it not been for President Mr. Obama maintaining the peace.

Special Agents were expecting an exoneration or pardon from the President. I was always under the impression that he could pardon. However a trial needs to take place and only a Judge may exonerate Government employees. Also, not every investigation is authorized considering how Special Agents make decisions without the President, and then get reviewed for authorization.

I have the legal right to exercise the 5th amendment to hurting or killing anyone in the Government including current President Trump. Anyone who is involved in this investigation has such legal right. This is a very dangerous situation for a President to be in. Therefore, it is imperative that this 5th amendment be inaccessible to people. Some torture that I have had to endure has been:

- My digestive tract was slowed down for over a year. I became obese, it was physically painful to have a bowel movement, burp

or swallow.

- I suffered from pulmonary embolism, they speed my heartbeat, gave me irregular heartbeats, and opened one of my heart valves to the extent that it would harm my main organs, stopped and re-started my heartbeats.

- Deflated a side of my lungs which made it hard to breath.

- Burned my chest area and finger.

- Kept me from being financially stable or from completing my education at DeVry for a Bachelors' degree in Computer Information

Science.

- Raped me pulsating my sexual organs, added vibration to my throat while I was having oral sex

STATEMENT OF FACTS - 7

with my life partner.

- I was placed in Metal Health Clinics and Hospitals, I have been misdiagnosed, and subjected to taking unnecessary medicine.

- Special Agents allowed J. Edgar Hoover to have access to my parents Internet connection, and our cars CPUs, and AM, FM and XM radio.

- Special Agents allowed for the cloning of a minor child.

- They applied pressure to my womb, so that I would only have a menstrual cycle when the terrorist wanted.

- Agents allowed for J. Edgar Hoover to connect to other vehicles CPUs while I was in my car driving.

- Special agents burn my lip so that it blisters before and after I have oral sex.

- They still pop my bones, joints. Pinch my ligaments, and spinal cord.

- Special agents have blurred my eyes, and made me temporarily blind.

- My muscles have been depleted.

- I have experienced numbness such as the disease Amyotrophic Lateral Sclerosis, from a scar I have on my left arm, from it down to my fingertips.

- Special Agents had allowed J. Edgar Hoover access to the internal computer inside my body.

- I'm followed everywhere I go. To job interviews and job sites. I rarely get the job due to this investigation.

- Special Agents threatened anyone who tried to help me.

- They have our personal pin numbers, social security numbers and disclose mine to the public all the time, after getting an account.

- Most recently they are spraying cocaine, heroin, coolant, plaster in our food and our

STATEMENT OF FACTS - 8

surroundings.

Suspicion of deaths that have happened since late 2009, that J. Edgar Hoover confessed to:

- Killed my cousins' grandmother while she was already inflicted by cancer. I tried getting her "The Gerson Diet" through the means of Facebook however, the video did not stay on that long on the page.

- Miss Venus Williams the tennis player.

- Mr. Michael Jackson the musician.

- Mr. Muhammad Ali the retired boxer.

- Mrs. Whitney Houston the musician.

- Mr. Nate Dogg the rapper.

- Mr. Robin Williams the comedian/actor.

- Nunes Soares a family friend.

- Marinas husband who was deployed with the Portuguese military who are allied with U.S. American military.

- My mothers' co-worker died in a motorcycle accident due to mechanical fault, and the son of another co-worker due to gang violence.

- My step-fathers, sister in laws' brother-in-law died in a car accident.

- Mr. Teddy Kennedy.

- Mrs. Olga.

- Most recently another person whose name I do not recall friends with my mother and step-father.

In our live span we have never had so many deaths of family and friends.

Since before late 2009, J. Edgar Hoover confessed to having murdered:

STATEMENT OF FACTS - 9

- Former President John F. Kennedy, John F. Kennedy Jr. and his wife Carolyn Bessette Kennedy.

- Dr. Martin Luther King Jr..

- Princess Diana of Wales, Dodi Fayed and her driver.

- Eric Wright (Dr. Dres son), Eric Lynn Wright (Easy-E), Tupac Amaru Shakur and Christopher George Latore Wallace.

- Lisa Lopes Left Eye from TLC.

J. Edgar Hoover confessed to the following:

- Invented HIV/Aids by injecting a monkey in Kenya with lunar dust. He got the idea from Mr. Dan Browns' Inferno.

- Interfered in the phone call between Government American employees and Bin Laden.

- placed computers inside several human beings including Saint Lucia from the Prophecies of The Virgin of Fatima.

In January of 2017, from the 27th to the 31st, J. Edgar Hoover murdered a National Security Agent by the name of Mr. Wade Sterns, a few minutes later he murdered the Hispanic National Security Agent. I was driving and had to hear the correct spoken code (dragon breath), so not to have any computer get into peoples' bodies or kill the people who already have some in them, including Special Agents. Two days after I assisted in the death of J. Edgar Hoover. In those two days however, he spread about our neighborhood in Paramount, California computers that have the capacity to get inside human beings' bodies. Me, my family and neighbors destroyed over 492 of such computers. I had to endure torture to achieve such destruction of such computers. J. Edgar Hoover made references to wanting to kill former Mr. President Obama and

STATEMENT OF FACTS - 10

former First Lady Mrs. Obama and President Donald Trump. J. Edgar Hoover made references to having hacked (interfered with) the Trump vs Clinton election. He stated that he had hacked the Trump tower, and the margin by which President Trump won should have gone to candidate Mrs. Hillary Clinton. He used the Russian hackers' code to achieve such.

In February 14th 2014, I saw the televised broadcast of President Trump and Prime Minister of Israel Mr. Benjamin Netanyahu. I was able to automatically hack President Trumps ear-piece. I informed him that the N.S.A. Agents were dead, and we needed his help. Prime Minister of Israel Mr. Netanyahus ear-piece was also hacked. President Trump allowed me to share the "Bodo de Leite" story with him. President Trump made comments that we were already getting the help we needed. He kept thinking that the Special agents were dead.

In March 1st 2017 I watched the televised broadcasting of President Trumps' Speech to Congress. Then I asked for further help through his ear-piece. The Vice President Mike Pence, and House Speaker Congressman Paul Ryans' ear-pieces wer also hacked, because President Trump coded them to do so. Because the Special Agents were dead he could not change the coding around and stop the interference in their ear-pieces. The entire Senate heard me speak the "Bodo de Leite" as a tribute to a military personnel was being made.

In March 17th 2017 I watched a televised broadcast of President Trump and German Chancellor Angela Merkel. I was able to automatically hack both their ear-pieces. Once more I asked President Trumps help, and at such time he made references to sending someone to help us out of this situation. No agents ever showed up from any department.

STATEMENT OF FACTS - 11

I want to press charges against President Donald Trump and former F.B.I agent Judith Gellman for Deprivation of Rights Under the Color of Law Section 18 U. S. Code 242.

President Trump had conniving tried not to admit to having built the sinkhole proprieties in Florida. In fact when I tried to let to let him know that the terrorist could have something to do with it on his Facebook account, the wrong information was placed there instead of what I had typed and, President Trump made references that because my e-mails sounded accusing he was not going to help us.

In between these hacks Local channel news were being automatically hacked, without my attempting it. Let's make a Deal and The Price is Right were hacked. The Oscars were hacked.

Most recently, in May 25th 2017, I was able to hack former President Obamas' televised broadcast in Spain channel TVe. He was made aware that Mr. Wade Sterns security had been breached, and that sucj N.S.A. agent was dead. I think he may of sent past Special agents to conclude this investigation.

Please help, and may God bless us.
Sincerely,


Tania Maria de Oliveira Cordeiro

STATEMENT OF FACTS - 12

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(TITLE 18 USC SECTION 242 DEPRIVATION OF )
*insert title of cause of action*

(As against Defendant(s): PRESIDENT DONALD J. TRUMP )

___. RIGHTS UNDER THE COLOR OF LAW
*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form        *Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. 28 USC § 509 B (1)(2) SECTION - ENFORCE HUMAN RIGHT LAWS. $200 MILLION DOLLARS FOR NEGLEGENCE, BODILY HARM, EMOTIONAL DAMAGES, AND

___. FINANCIAL LOSS.

Pro Se Clinic Form          Page Number

| VII. **DEMAND FOR JURY TRIAL** |
|---|

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: FEB 27th 2018

Sign: *Taniacordeiro*

Print Name: TANIA H. CORDEIRO

Plaintiff in pro per